# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ADAM LANE**                                                                                        **PLAINTIFF**
**ADC #155843**

v.                          Case No: 2:20-cv-00171 KGB-JTR

**STEPHEN LANE, Captain, and**
**JACKSON, Warden, EARU**                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, the Court concludes that plaintiff Adam Lane may proceed with his excessive force and corrective inaction claims for damages against defendants Stephen Lane and Warden Jackson in their individual capacities and that the complaint be served on these defendants at their last known place of employment by certified mail, addressed to the individual defendant with a return receipt requested, with delivery restricted to the addressee or the agent of the addressee as authorized by the United States Postal Service regulations, at the East Arkansas Regional Unit, P.O. Box 970 Mariana, Arkansas 72360. Because the Court previously granted Adam Lane's motion for leave to proceed *in forma pauperis*, Adam Lane is entitled to service by a United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3). The Court further concludes that Adam Lane's claims against defendants in their official capacities are dismissed with prejudice.

So ordered this 18th day of January, 2022.

_____
Kristine G. Baker
United States District Judge