IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADAM LANE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #155843**

v.　　　　　　　　　　　Case No.  2:20-cv-00171 KGB

**STEPHEN LANE, Captain, EARU**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is defendant Stephen Lane's motion for leave to file exhibit to the defendant's response in opposition to plaintiff's motion for default judgment and motion for default settlement agreement and appointment of counsel under seal (Dkt. No. 71).  On July 22, 2025, Mr. Stephen Lane filed his response in opposition to plaintiff Adam Lane's motion for default judgment and motion for default settlement agreement and appointment of counsel (Dkt. No. 70).  Mr. Stephen Lane represents that in support of his response, Mr. Stephen Lane submitted a copy of the parties' settlement agreement (Dkt. No. 71, ¶ 1).  Mr. Stephen Lane further represents that the terms of the parties' settlement agreement are confidential and should not be readily accessible to the public (*Id.*, ¶ 2).  Therefore, Mr. Stephen Lane requests that he be allowed to file the settlement agreement under seal (*Id.*, ¶ 3).

For good cause shown, the Court grants Mr. Stephen Lane's motion for leave to file exhibit to the defendant's response in opposition to plaintiff's motion for default judgment and motion for default settlement agreement and appointment of counsel under seal (Dkt. No. 71).

It is so ordered this 23rd day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge